# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered May 19, 2010:*

KING V MCPHERSON HOSPITAL, Docket No. 284436*. The Court orders
that a special panel will be convened pursuant to MCR 7.215(J) to resolve
the conflict between this case and *Farley v Carp*, 287 Mich App 1; 782
NW2d 508 (2010).

The Court further orders that the opinion in this case released on
April 27, 2010, is vacated in its entirety. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the clerk's
certification of this order. Appellees may file a supplemental brief within
21 days of the service of appellant's brief. Nine copies must be filed with
the Clerk of the Court.

GLEICHER, J., did not participate.